```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/21/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEI CHUN POON,

                Plaintiff,

      v.

APPLE NYC CORP., et al.,

                Defendants.

No. 17-CV-9647 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at the conference of October 5, 2018, and after review of the supplemental letter submitted on October 26, 2018, *see* Dkt. 31, default judgment is granted in favor of Plaintiff against Defendants Apple NYC Corp., doing business as Apple NYC Day Spa, Touch of East Nails Spa Inc., and Wen Chen. The case has been referred to Magistrate Judge Gorenstein for an inquest as to damages. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 17.

SO ORDERED.

Dated:    December 21, 2018
                New York, New York

                                                Ronnie Abrams
                                                United States District Judge