```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2019
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

MEI CHUN POON,

                Plaintiff,

17 **CIVIL** 9647 (RA)

      -against-

**DEFAULT JUDGMENT**

APPLE NYC CORP. et al.,

                Defendants.

-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 15, 2019, Plaintiff's motion for default judgment is granted; Magistrate Judge Gorenstein's Report and Recommendation ("Report") is adopted in its entirety; accordingly, Plaintiff is awarded (1) $26,243.77 in unpaid wages; (2) $8,379.75 in spread-of-hour payments; (3) 34,623.52 in liquidated damages; (4) $5,000 for failure to provide wage statements; (5) $5,000 for failure to provide required notices; (6) $5,910.00 in attorneys' fees; and (7) $819.53 in costs, for a total judgment in the amount of $85,976.57; Plaintiff is also entitled to $8.54 per day in prejudgment interest from September 15, 2014, until judgment is entered in the amount of $14,287.42 for a total sum of $100,263.99; the parties' failure to file written objections, after Judge Gorenstein warned that such failure would result in waiver of objections for the purposes of appeal, precludes appellate review; accordingly, this case is closed.

**DATED**: New York, New York
          October 23, 2019

                              **RUBY J. KRAJICK**
                                   Clerk of Court

                      By:
                                  Deputy Clerk